**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| TAYSIR SHEIKA, | : | |
| | : | Civil Action No. 08-3678 (FSH) |
| Petitioner, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| MICHELLE R. RICCI, et al., | : | |
| | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 15th day of June, 2010;

ORDERED that the Petition for a Writ of Habeas Corpus is DENIED; and it is further

ORDERED that a certificate of appealability is DENIED, see 28 U.S.C. § 2253(c)(2); and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon the parties, and shall close the file.

S/FAITH S. HOCHBERG
FAITH S. HOCHBERG
United States District Judge